IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **James Wylder Vanburen,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**State of South Carolina;** )<br>**Attorney General of South Carolina;** )<br>**Solicitor-Prosecutor's Office; and** )<br>**Clerk of Court for Kershaw County,** )<br>)<br>Defendants. )<br>_____ ) | C/A No. 9:05-2646-CMC-GCK<br><br><br><br>**OPINION AND ORDER** |

The *pro se* Plaintiff in this case was awaiting trial in the Court of General Sessions for Kershaw County, South Carolina, when he filed this civil rights complaint challenging the prosecution process.[1] In accordance with the court's order of reference, 28 U.S.C. § 636(b), and Local Rule 73.02 (B)(2)(e), D.S.C., this matter was referred to United States Magistrate Judge George C. Kosko, III, for pre-trial proceedings and a Report and Recommendation.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of any portion of the Report and Recommendation of the Magistrate Judge to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b)(1). The court reviews only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct *de novo* review,

---

[1] From the record it appears Plaintiff is not currently incarcerated because the pleadings were mailed from an address other than the Kershaw County Detention Center.

but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" (quoting Fed. R. Civ. P. 72 advisory committee's note).

On September 22, 2005, the Magistrate Judge issued a Report recommending that the complaint be dismissed without prejudice and without service of process. The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and Recommendation and the serious consequences if he failed to do so. Plaintiff has filed no objections and the time for doing so has expired.

The court has reviewed the record and the Report and Recommendation of the Magistrate Judge and finds no clear error. Accordingly, it is hereby

**ORDERED** that this action is *dismissed without prejudice and without issuance and service of process*.

**IT IS SO ORDERED**.

> s/ Cameron McGowan Currie
> CAMERON MCGOWAN CURRIE
> UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
October 20, 2005

C:\temp\notesE1EF34\~6957668.wpd

2